COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-031-CV

IN RE CITY OF MANSFIELD ZONING RELATOR

BOARD OF ADJUSTMENT

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered relator’s “Motion To Withdraw Petition For Writ Of Mandamus.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  April 4, 2007

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.